[No. 15766-7-II.     Division Two.     May 9, 1994.]

ASAHARA, INC., *Appellant*, v. PUGET SOUND NATIONAL
BANK, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 90-2-10625-5, Waldo F. Stone, J., entered Janu-
ary 24, 1992. *Reversed* by unpublished opinion per Seinfeld,
A.C.J., concurred in by Alexander and Houghton, JJ.

[No. 14809-9-II.     Division Two.     May 9, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. ALVERTIS
MCALISTER, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap
County, No. 90-1-00704-7, Leonard Costello, J., entered
March 8, 1991. *Reversed* by unpublished opinion per Sein-
feld, J., concurred in by Morgan, C.J., and Alexander, J.

[No. 15528-1-II.     Division Two.     May 9, 1994.]

*In the Matter of the Marriage of* LORI SEPULVEDA,
*Appellant, and* JOHN SEPULVEDA, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 91-3-00207-9, Thomas R. Sauriol, J., entered
November 1, 1991. *Reversed in part* and *remanded* by un-
published opinion per Seinfeld, J., concurred in by Morgan,
C.J., and Houghton, J.

[No. 15208-8-II.     Division Two.     May 9, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID
ALTON CROW, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 91-1-00489-9, D. Gary Steiner, J., entered July
22, 1991. *Affirmed* by unpublished opinion per Morgan, C.J.,
concurred in by Seinfeld and Houghton, JJ.